THE STATE OF KANSAS v. O. J. BURWELL.

APPEAL — *Insufficient Record.* The certificate of the clerk of the district court, attached to the record brought up on appeal, stated that it was a true and complete copy of the original bill of exceptions, but failed to certify that it was a full and correct transcript of the record of the cause. *Held,* That the omission was fatal to the appeal.

*Appeal from Norton District Court.*

THE opinion states the case.

*John R. Hamilton,* for appellant.

*John T. Little,* attorney general, for The State.

The opinion of the court was delivered by

JOHNSTON, J.: O. J. Burwell was convicted for willfully and feloniously receiving stolen property. The penalty adjudged was imprisonment at hard labor in the state penitentiary for a period of five years. He appeals to this court, and alleges as the principal error a remark made by the trial

judge upon an objection to incompetent testimony. The attorney general insists that the record is not in a condition to justify a review. An examination shows that it embraces nothing beyond what is called a bill of exceptions. The certificate of the clerk, by which the sufficiency of the record is to be measured, is, that it is a true and complete copy of the original bill of exceptions, but he does not certify that it is a full and correct transcript of the record of the cause. This is a fatal omission, and the appeal must be dismissed. (*Neiswender v. James,* 41 Kas. 463; *Westbrook v. Schmaus,* ante, p. 214.)

All the Justices concurring.